■ The People of the State of New York, Respondent, v Robert McKeown, Appellant. [687 NYS2d 899] —Judgment,

Supreme Court, New York County (Harold Rothwax, J.), rendered October 2, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree, and sentencing him to a term of 3 years to life, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the court's credibility determinations, which are supported by the record. We have considered and rejected defendant's remaining claims, including those contained in his *pro se* supplemental brief. Concur—Rosenberger, J. P., Williams, Rubin, Mazzarelli and Friedman, JJ.